DL Investigations & Attorney Support LLC
7501 N. 16th Street Ste 200
Phoenix, AZ 85020
(602) 285-9901

Inv. #
168120

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

**CHARLES DITTIG**

Plaintiff / Petitioner,

vs.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; et al.**

Defendant / Respondent

NO. **2:26-cv-04163-ROS**
CERTIFICATE OF SERVICE

**Cherise Fussy**, the undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:

**CIVIL COVER SHEET, NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION, ORDER, SUMMONS & COMPLAINT**

from **Lisa J. Counters c/o Schiffman Law Office, P.C.** on **6/25/2026**, that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

| | |
|---|---|
| **NAME:** | **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, c/o Department of Insurance and Financial Institutions** |
| **DATE & TIME:** | 6/25/2026 11:57 AM |
| **PLACE & MANNER:** | 100 N. 15TH AVENUE STE.261 PHOENIX, AZ 85007, which is his/her place of business.<br>By serving Ashley Ramirez, Account Specialist, a person authorized to accept such service on their behalf, in person. |

Description of the Named: Female, Age: 30's, Ht: 5' 4in., Wt: 120, Eyes: brown, Hair: brown, Ethnicity: Hisp.

**Statement of Costs**

| | | |
|---|---|---|
| **Services** | $ 16.00 | |
| **Mileage** | $ 30.00 | |
| **Sp. Handl.** | $ 0.00 | |
| **Witness** | $ 0.00 | |
| **Advances** | $ 15.00 | |
| **Cert. Prep** | $ 25.00 | |
| **Other** | $ 9.50 | s/c, 32 pages |
| **Total** | $ 95.50 | ** |

** This is just an estimate and does not reflect actual billing amount.

Cherise Fussy

**Affiant-Registered in Maricopa County**

The above is covered by A.R.S. as amended 41-314 && 11-45 and Rules 4, 5 and 45.